**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OAK IP, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. _____ |
| v. | § § | |
| GLOBALFOUNDRIES INC. AND GLOBALFOUNDRIES U.S., INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Oak IP, LLC states that Oak IP, LLC is a wholly-owned subsidiary of Monument Patent Holdings, LLC, which is a wholly-owned subsidiary of Dominion Harbor Enterprises, LLC. The undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of Oak IP, LLC's stock.

Dated: February 4, 2025

OF COUNSEL:

Patrick J. Conroy
Ryan P. Griffin
T. William Kennedy Jr.
NELSON BUMGARDNER CONROY PC
2727 N. Harwood St., Suite 250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com
ryan@nelbum.com
bill@nelbum.com

Janson H. Westmoreland
NELSON BUMGARDNER CONROY PC
3131 W 7th St
Suite 300
Fort Worth, TX 76107

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff*
*Oak IP, LLC*

1

Tel: (817) 377-9111
janson@nelbum.com

2