# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELEDYNE FLIR, LLC, and TELEDYNE TECHNOLOGIES INCORPORATED, <br><br> Defendants. | CASE NO.: _____ <br><br> **DEMAND FOR JURY TRIAL** |

## VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff VTT Technical Research Centre of Finland Ltd., by and through its counsel, hereby discloses that VTT is a non-governmental corporate party in the above-captioned action. VTT does not have a parent corporation. No publicly-held corporation owns 10% or more of VTT's stock.

Dated: March 19, 2025

OF COUNSEL:

William R. Woodford
Todd S. Werner
Jason M. Zucchi
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (855) 750-9951
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff VTT Technical Research Centre of Finland Ltd.*