# EXHIBIT D

| April 2016 Mashable Article | OpenAI WebText public sample (record 99183) |
|---|---|
| **The co-founder of Atari is making video games again**<br><br>Nolan Bushnell partners with a Dutch mobile publisher to develop ideas he's been sitting on for over a decade.<br><br>By Adam Rosenberg on April 28, 2016<br><br>f  X  ▪<br><br>Atari the company might be a shadow of its former self, but Nolan Bushnell isn't out of the games game quite yet.<br><br>The 73-year-old Atari co-founder never left games completely -- but thanks to a new collaboration with mobile publisher Spil Games, he'll get to bring ideas he's been sitting on to smartphones and tablets. | → {"id": 99183, "ended": true, "length": 385, "text": "Atari the company might be a shadow of its former self, but Nolan Bushnell isn't out of the games game quite yet.\n\nThe 73-year-old Atari co-founder never left games completely \u2014 but thanks to a new collaboration with mobile publisher Spil Games, he'll get to bring ideas he's been sitting on to smartphones and tablets…. |

1

| **June 2014** *Lifehacker* **article** | **OpenAI WebText public sample (record 246641)** |
|---|---|
| **Forget.me Helps Remove You from Google Search Results**<br><br>Mark Wycislik-Wilson   June 26, 2014<br><br>A recent European ruling decided that internet users can ask Google to remove outdated or incorrect information about them from search results. Forget.me makes the whole process as easy as possible.<br><br>Following the court ruling, Google created an online form that allows individuals to file data removal requests. If you find a search link you'd like Google to delete, Forget.me guides you through the entire process. | {"id": 246641, "ended": true, "lenght": 1024, "text": "A recent European ruling decided that internet users can ask Google to remove outdated or incorrect information about them from search results. Forget.me makes the whole process as easy as possible.\n\nFollowing the court ruling, Google created an online form that allows individuals to file data removal requests. If you find a search link you'd like Google to delete, Forget.me guides you through the entire process…. |

2

| August 2016 ZDNET Article | OpenAI WebText public sample (record 76012) |
|---|---|
| **Cisco buys container startup ContainerX**<br><br>The deal marks Cisco's first acquisition in the burgeoning container market.<br><br> Written by Natalie Gagliordi, Contributor<br>Aug. 30, 2016 at 6:47 a.m. PT<br><br>  <br><br>Cisco on Tuesday said it plans to acquire ContainerX, an early-stage startup that develops virtual container technology for data centers. Terms of the deal were not disclosed.<br><br>ContainerX is billed as a multi-tenant, container-as-a-service platform for both Linux and Windows. The startup was launched two years ago by a team of engineers from Microsoft, VMware, and Citrix. | → {"id": 76012, "ended": true, "length": 360, "text": "Cisco on Tuesday said it plans to acquire ContainerX, an early-stage startup that develops virtual container technology for data centers. Terms of the deal were not disclosed.\n\nContainerX is billed as a multi-tenant, container-as-a-service platform for both Linux and Windows. The startup was launched two years ago by a team of engineers from Microsoft, VMware, and Citrix…. |

| September 5, 2014 *ZDNET* Article | OpenAI WebText public sample (record 147203) |
|---|---|
| **Meet the shadowy tech brokers that deliver your data to the NSA**<br><br>These so-called "trusted third-parties" may be the most important tech companies you've never heard of. ZDNet reveals how these companies work as middlemen or "brokers" of customer data between ISPs and phone companies, and the U.S. government. | → \n\nRead this Meet the shadowy tech brokers that deliver your data to the NSA These so-called \"trusted third-parties\" may be the most important tech companies you've never heard of. ZDNet reveals how these companies work as middlemen or \"brokers\" of customer data between ISPs and phone companies, and the U.S. government. Read More\n\n |

| **March 6, 2013 *CNET* Article** | **OpenAI WebText public sample (record 23318)** |
|---|---|
| Facebook is all set to potentially wow the world with a redesigned News Feed tomorrow -- or send users into a tizzy over yet another major change to the world's most popular social network.<br><br>CNET will be bringing you the news, images, and commentary as the event unfolds starting at 10 a.m. PT. Follow along with our live blog here:<br><br>   CNET's live coverage of Facebook's unveiling of a News Feed redesign<br><br>The company is rumored to be launching content-specific News Feeds, so users can choose to, say, browse only photos and Instagram posts, or just see what music their friends are listening to at the moment.<br><br>As CNET's Jennifer Van Grove points out, the News Feed is due for an upgrade. This could be the first overhaul of the News Feed since Facebook debuted the product in September 2006. A new design could mean an elaborate alteration built from nine years of collecting intel on how users enjoy consuming content, or it could draw the ire of users who hate even the tiniest change in the network. | {"id": 23318, "ended": true, "length": 203, "text": "Facebook\n\nFacebook is all set to potentially wow the world with a redesigned News Feed tomorrow -- or send users into a tizzy over yet another major change to the world's most popular social network.\n\nCNET will be bringing you the news, images, and commentary as the event unfolds starting at 10 a.m. PT. Follow along with our live blog here:\n\nThe company is rumored to be launching content-specific News Feeds, so users can choose to, say, browse only photos and Instagram posts, or just see what music their friends are listening to at the moment.\n\nAs CNET's Jennifer Van Grove points out, the News Feed is due for an upgrade. This could be the first overhaul of the News Feed since Facebook debuted the product in September 2006. A new design could mean an elaborate alteration built from nine years of collecting intel on how users enjoy consuming content, or it could draw the ire of users who hate even the tiniest change in the network."} |

The left column has an arrow (→) pointing to the right column.

5

| **July 15, 2015 *VG247* Article** | | **OpenAI WebText public sample (record 219794)** |
|---|---|---|
|  | → | {"id": 219794, "ended": true, "length": 249, "text": "The first version of Microsoft's HoloLens will be aimed at enterprise use, and not gaming.\n\nAlthough gaming served one of the key demos used to demonstrate Microsoft's augmented reality headset HoloLens, it may be a while before it becomes the main focus of the device.\n\nSpeaking to Zdnet , Microsoft CEO Satya Nadella said that version 1 of HoloLens is will be more about developers and enterprise.\n\n\"In general Microsoft's approach will be always this dual-use focus, or this multi-focus,\" he said. \"What we can uniquely do is bridge consumer to enterprise.\n\n\"I want every technology of ours to seek that out. In the HoloLens case, when I look at the interest, it's amazing how many are in hospitals, healthcare, retail. That's where I'm seeing the interest and we'll definitely go after it.\"\n\nNadella added that Microsoft's move to buy Minecraft was in part to \"create a new genre of gaming for mixed reality\".\n\n\"Gaming will always be a scenario and there will be other entertainment broadly. But, with the V.1 of HoloLens, I want us to push a lot more of the enterprise usage.\""} |