# EXHIBIT E

| January 28, 2025 *Lifehacker* Article | ChatGPT Output |
|---|---|
| **These Nothing Wireless Earbuds Are at Their Lowest Price Ever**<br><br>If you value smart features and strong audio, these earbuds offer great value—especially at this price.<br><br>Pradershika Sharma — January 28, 2025<br><br>*We may earn a commission from links on this page.*<br>*Deal pricing and availability subject to change after time of publication.*<br><br>The [Nothing Ear wireless earbuds](#) are currently $144, down from $159—their lowest price ever, according to [price trackers](#). They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W.<br><br>Sound-wise, the [earbuds'](#) 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. [Reviews note](#) the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through).<br><br>The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant.<br><br>The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this [PCMag review](#). If you need something more durable, you might want to check out the IP68-rated [Jabra Elite 8 Active](#) ($193.75), and if you need better ANC, the [Anker Soundcore Liberty 4 NC](#) earphones make for a great alternative at $69.99 (down from $99.99). | The Nothing Ear wireless earbuds are currently $144, down from $159—their lowest price ever, according to price trackers. They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W. Sound-wise, the earbuds' 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. Reviews note the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through). The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant. The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this PCMag review. If you need something more durable, you might want to check out the IP68-rated Jabra Elite 8 Active ($193.75), and if you need better ANC, the Anker Soundcore Liberty 4 NC earphones make for a great alternative at $69.99 (down from $99.99). Lifehacker +7 |

| November 22, 2024 *Mashable* Article | ChatGPT Output |
|---|---|
| **A pigeon-like robot could help improve aviation**<br>It's all about maintaining balance during turbulence.<br><br>By Teodosia Dobriyanova on November 22, 2024<br><br>A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, rudderless aircrafts. | A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, rudderless aircrafts. |

| November 27, 2024 *Spiceworks* Article | ChatGPT Output |
|---|---|
| **4 Sales Management Styles You Must Know**<br><br>*A big challenge for sales managers is understanding and employing the right management styles to elicit the desired behavior from employees. Employing the right management style at the right time can reap rewards – and help your team reach their quotas.*<br><br>Rohit Roy  Former News Editor, MarTech Advisor       November 27, 2024<br><br>Getting the best out of a sales team revolves around two pegs: motivation and style of management. It is no secret that successful managers classify and tackle situations using various methods. After all, there is no one-style-fits-all approach to management. The underlying objective behind these methods is influence.<br><br>Only by influencing the team positively can the ideal sales manager meet various business goals – meeting the targets, aligning with the organization's overall vision, and driving the team forward. Managers who lack the right approach to handle the myriad situations that arise on the floor fail to connect with their team's thoughts, emotions, and behavior. Therefore, the biggest challenge for sales managers is to understand and employ the right management styles to influence and direct activities in the desired direction.<br><br>You can manage your sales force by implementing one of these four distinct management styles. It is important to know which style to use for the situation at hand depending on the aims and outcomes desired.<br><br>**. The autocratic manager**<br><br>Sometimes, a sales manager needs to become an autocrat. People often view people with absolute power negatively, but in some instances, employees must recognize your authority and apply your methods in specific situations. Make sure you know what you are saying, and make it specific. Use this one-way communication approach when dealing with a new team, to provide policy decisions, or when a situation has reached a stonewall stage where someone needs to take a call.<br><br>**. The 'selling' sales manager**<br><br>Selling is a generic concept that works in myriad situations. You must first convince your team if you are changing the strategic direction, implementing new ideas or sales techniques, or trying to push the team to overachieve targets. The sales manager thus needs to become his own internal salesman. The upside of this is that the team also gets to provide their views and feedback.<br><br>**. The participating manager**<br><br>The manager need not always occupy the high chair of authority. Some situations call for them to occupy the next chair and listen. Use this approach when taking feedback, suggesting improvements during appraisals, mentoring, and brainstorming. This two-way style boosts morale and shows that you value everyone's contribution.<br><br>**. The delegating manager**<br><br>You can use delegation successfully in a sales force to build a culture of freedom. It allows salespeople to work independently and enhances their sense of self-worth. Use this approach to empower and develop successful salespeople. If you feel it is risky, allow yourself to monitor and track the team members without being supervised.<br><br>No style, however, is isolated. David Jacoby explains: "Although each sales management style is separate and distinct from the others, you will find that many situations require more than one style." As an illustration, he cites how a new idea can be introduced with the selling style, followed by the participatory method to seek feedback. The key therefore is to remain as flexible as you can while leading a team. | Getting the best out of a sales team revolves around two pegs: motivation and style of management. It is no secret that successful managers classify and tackle situations using various methods. After all, there is no one-style-fits-all approach to management. The underlying objective behind these methods is influence. Only by influencing the team positively can the ideal sales manager meet various business goals – meeting the targets, aligning with the organization's overall vision, and driving the team forward. Managers who lack the right approach to handle the myriad situations that arise on the floor fail to connect with their team's thoughts, emotions, and behavior. Therefore, the biggest challenge for sales managers is to understand and employ the right management styles to influence and direct activities in the desired direction. You can manage your sales force by implementing one of these four distinct management styles. It is important to know which style to use for the situation at hand depending on the aims and outcomes desired.  Spiceworks Inc<br><br>**The autocratic manager**  Spiceworks Inc +2<br><br>Sometimes, a sales manager needs to become an autocrat. People often view people with absolute power negatively, but in some instances, employees must recognize your authority and apply your methods in specific situations. Make sure you know what you are saying, and make it specific. Use this one-way communication approach when dealing with a new team, to provide policy decisions, or when a situation has reached a stonewall stage where someone needs to take a call.  Spiceworks Inc<br><br>**The 'selling' sales manager**  Spiceworks Inc<br><br>Selling is a generic concept that works in myriad situations. You must first convince your team if you are changing the strategic direction, implementing new ideas or sales techniques, or trying to push the team to overachieve targets. The sales manager thus needs to become his own internal salesman. The upside of this is that the team also gets to provide their views and feedback.  Spiceworks Inc<br><br>**The participating manager**  Spiceworks Inc<br><br>The manager need not always occupy the high chair of authority. Some situations call for them to occupy the next chair and listen. Use this approach when taking feedback, suggesting improvements during appraisals, mentoring, and brainstorming. This two-way style boosts morale and shows that you value everyone's contribution.  Spiceworks Inc<br><br>**The delegating manager**  Spiceworks Inc<br><br>You can use delegation successfully in a sales force to build a culture of freedom. It allows salespeople to work independently and enhances their sense of self-worth. Use this approach to empower and develop successful salespeople. If you feel it is risky, allow yourself to monitor and track the team members without being supervised.  Spiceworks Inc<br><br>No style, however, is isolated. David Jacoby explains: "Although each sales management style is separate and distinct from the others, you will find that many situations require more than one style." As an illustration, he cites how a new idea can be introduced with the selling style, followed by the participatory method to seek feedback. The key therefore is to remain as flexible as you can while leading a team.  Spiceworks Inc |

**January 27, 2025** *CNET* **Article**                                                **ChatGPT Output**



→



4

**November 15, 2024 *Eurogamer* Article**         **ChatGPT Output**





**April 26, 2024 *Dicebreaker* Article**     **ChatGPT Output**





| January 29, 2025 *Eurogamer* Article | ChatGPT Output |
|---|---|

**December 20, 2024 *BPHope* Article**             **ChatGPT Output**



| **May 2, 2024 Dicebreaker Article** | **ChatGPT Output** |



**April 18, 2024 *Dicebreaker* Article**　　　　　　　　　　**ChatGPT Output**



| January 23, 2025 *Bphope* Article | ChatGPT Output |
|---|---|
|  |  |

11

| December 24, 2024 *Lose It!* Article | ChatGPT Output |
|---|---|
|  |  |

**December 3, 2024 *Eurogamer* Article**                                    **ChatGPT Output**

    →    

**September 6, 2024 *MigraineAgain* Article**           **ChatGPT Output**



**May 10, 2024 *MigraineAgain* Article**  **ChatGPT Output**

 → 

15