UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIFF DAVIS, INC., ZIFF DAVIS, LLC, IGN ENTERTAINMENT, INC. and EVERYDAY HEALTH MEDIA, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, and OPENAI HOLDINGS, LLC,<br><br>　　　　　Defendants. | Civ. Action No. _____ |

**PLAINTIFFS' RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC (private non-governmental parties) certifies that Ziff Davis, Inc. is a publicly held corporation, Ziff Davis, LLC is a wholly-owned subsidiary of Ziff Davis, Inc., IGN Entertainment, Inc. is a wholly-owned subsidiary of Ziff Davis, LLC, and Everyday Health Media, LLC is a wholly-owned subsidiary of Everyday Health, Inc., a wholly-owned subsidiary of Ziff Davis, LLC. BlackRock Inc. owns more than 10% of the shares of Ziff Davis, Inc.

Dated: April 24, 2025

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

OF COUNSEL:

Lacy H. ("Lance") Koonce, III
Matthew Leish
Gili Karev
Mariella Salazar
Clara Cassan
KLARIS LAW PLLC
161 Water Street
New York, NY 10038
(917) 612-5861

 /s/ *Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Noelle B. Torrice (#5957)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
(302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC*