<em>Case 1:99-mc-09999   Document 476-2   Filed 05/30/25   Page 1 of 1 PageID #: 68185</em>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA LLC, | ) |
|  | ) |
|       Plaintiff, | ) |
|  | )   C.A. No. _____ |
|       v. | ) |
|  | ) |
| THERAPEUTICSMD, INC., | ) |
|  | ) |
|       Defendant. | ) |

### PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), by and through its undersigned counsel, Plaintiff Mayne Pharma LLC ("Plaintiff") states that (1) it is a Delaware company, (2) its parent company is Mayne Pharma Commercial LLC, which is in turn solely owned by Mayne Holdings US Inc., which in turn is solely owned by Mayne Pharma Group Limited, a corporation formed under the laws of Australia, and (3) Mayne Pharma Group Limited, the indirect parent of Plaintiff, is publicly-traded on the Australia Securities Exchange under the code MYX.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

ARNOLD & PORTER
 KAYE SCHOLER LLP
Aaron Miner
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Aaron.Miner@arnoldporter.com

/s/ S. Mark Hurd
S. Mark Hurd (#3297)
Elise K. Wolpert (#6343)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
shurd@morrisnichols.com
ewolpert@morrisnichols.com

*Attorneys for Plaintiff*
*Mayne Pharma LLC*

May 30, 2025