EXHIBIT B
Being filed under seal