# EXHIBIT C



# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*  *(302) 573-6277*
*Wilmington, Delaware 19899-2046*  *FAX (302) 573-6220*

June 3, 2025

**BY CERTIFIED MAIL**

LaKresha Moultrie, Secretary of Labor
Delaware Department of Labor
4425 North Market Street
Wilmington, Delaware 19802

   Re: **Immigration Enforcement Subpoena Number HSI-WM-2025-048065-001**

Dear Ms. Moultrie:

  This Office has been asked to commence legal action against the Delaware Department of Labor in the United States District Court for the District of Delaware to compel the full compliance with Department of Homeland Security Immigration Enforcement Subpoena Number HSI-WM-2025-048065-001 dated April 7, 2025. This subpoena was served electronically via Egress (the same way other subpoenas from the Department of Homeland Security are served). To date, the required records have not been produced. A copy of the subpoena is attached.[1]

  If legal action is commenced, the Delaware Department of Labor will be required to appear in court, and may be held in contempt for failure to obey any forthcoming court order.

  You may avoid the necessity of such legal action by contacting Special Agent Kimberly Caraway via email at Kimberly.A.Caraway@ice.dhs.gov, and by complying with the subpoena by **June 20, 2025**.

            Very Truly Yours,

            SHANNON T. HANSON
            Acting United States Attorney


            */s/ Claudia L. Pare*
            Claudia L. Pare
            Assistant United States Attorney

Attachment

---

[1] Three other Immigration Enforcement Subpoenas were served on the Delaware Department of Labor on February 3, 2025 (HSI-WM-2025-0297541-001), February 7, 2025 (HSI-WM-2025-032366-001), and March 4, 2025 (HSI-WM-2025-038995-001). The required records have not been produced in response to these subpoenas either.



**U.S. Department of Justice**
United States Attorney's Office
*District of Delaware*
1313 North Market Street, Suite 400
P.O. Box 2046
Wilmington, DE 19899-2046

Official Business

        LaKresha Moultrie, Secretary of Labor
        Delaware Department of Labor
        4425 North Market Street
        Wilmington, Delaware 19802

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LaKresha Moultrie, Secretary of Labor
   Delaware Department of Labor
   4425 North Market Street
   Wilmington, Delaware 19802

   9590 9402 5060 9092 4017 45

   9589 0710 5270 0215 1083 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Forrest White, Jr.   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LaKresha Moultrie, Secretary of Labor<br>Delaware Department of Labor<br>4425 North Market Street<br>Wilmington, Delaware 19802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: EDGEMOOR BRANCH, WILMINGTON DE 19809, JUN -6 2025] |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5060 9092 4017 45 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 9589 0710 5270 0215 1083 07 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt