# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Misc. No. 25- |
| ) | |
| Delaware Department of Labor, ) | |
| ) | |
| *Respondent.* ) | |

## ORDER TO SHOW CAUSE

AND NOW, this ____ day of _____, 2025, upon the Petition of the United States of America to enforce Department of Homeland Security Immigration Enforcement Subpoena Number HSI-WM-2025-048065-001 dated April 7, 2025, issued to the Delaware Department of Labor, and the exhibits attached thereto,

**IT IS HEREBY ORDERED** that Respondent must appear before this the United States District Court for the District of Delaware, Courtroom _____, J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, Delaware, on the ____ day of _____ , 2_____, at ____:___ __m, and show cause why Respondent should not be compelled by this Court to produce the books, records, and other papers demanded in the Immigration Enforcement Subpoena Number HSI-WM-2025-048065-001 (attached as Exhibit B to the Petition and served upon Respondent);

**IT IS FURTHER ORDERED** that a copy of this Order, together with the Petition and the exhibits attached thereto, be served upon Respondent, by an official of Department of Homeland Security, Homeland Security Investigations, within thirty (30) days of the date of this order;

1

**IT IS FURTHER ORDERED** that within fourteen (14) days of service on the Respondent of copies of this Order, the Petition, and exhibits on them, Respondent shall file its response to the Petition; and

**IT IS FURTHER ORDERED** that the United States shall file its reply in support of the Petition seven (7) days after Respondent's response is filed.

Respondent is hereby notified that a failure to comply with this Order may subject Respondent to sanctions for contempt of Court.

**SO ORDERED.**

_____
United States District Judge

Dated: